<div style="text-align:center">

**HAVESON AND OTIS**

ATTORNEYS AT LAW

194 NASSAU STREET

PRINCETON, NEW JERSEY 08542

(609) 921-0090

</div>

HAL K. HAVESON
KIM AUGUSTUS OTIS

CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS
CRIMINAL TRIAL ATTORNEYS

FAX
(609) 683-4636

January 25, 2012

Honorable Joel A. Pisano, U.S.D.J.
UNITED STATES COURTHOUSE
402 East State Street, Room 341
Trenton, New Jersey 08608

Re:   U.S.A. v. Larry Berke
      Crim. No. 09-857 (JAP)

Dear Judge Pisano:

   I am writing to request an amendment to the Judgment of Conviction recently filed in this matter. The Judgment orders Mr. Berke to surrender for service of sentence at the institution designated by the Bureau of Prisons at 12:00 p.m. on January 30, 2012. As of 11:00 today, Mr. Berke had not heard from the BOP.

   As you may recall, the Court gave Mr. Berke permission to travel to New Jersey with his wife, Lisa Goetz to attend her sentencing hearing which is scheduled for January 27 and he intends to travel here tomorrow leaving his house at 6:00 a.m. Even if Mr. Berke were to hear from BOP today or tomorrow, traveling to his assigned institution may be very difficult given the lack of travel planning. In order to make his transition into prison more orderly, he is requesting that the date for surrender be moved to February 20, 2012 at 12:00 P.M.

   I will be out of town beginning Thursday afternoon and returning on Monday afternoon. However, I can join a hearing at any time by cellphone which is 201-207-4306.

<div style="margin-left:50%">

Respectfully submitted,

HAVESON AND OTIS

/s/ Hal K. Haveson

Hal K. Haveson

</div>

HKH:sms